## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

**United States of America**

v.

**Francisco Gutierrez-Zamorroni**

Citizen of Mexico

USM#: 75490-208          DOB: 1961

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on or After November 1, 1987)

### No. 08-15597-001M-SD

**Brenda Acosta Sandoval (AFPD)**
Attorney for Defendant

ICE#: A88 764 978


**THE DEFENDANT ENTERED A PLEA OF** guilty on 4/15/2008 to Count ONE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count ONE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of Time Served on Count ONE.


### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted     **FINE:** $          **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count ONE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.


IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

DATE: ___4/15/08_____    CASE NUMBER: __08-15597-001M-SD

**PLEA/SENTENCING MINUTES**
USA vs. __Francisco Gutierrez-Zamorroni__

U.S. MAGISTRATE JUDGE: __JAY R. IRWIN__ Judge #: __70BK__
U.S. Attorney _____    INTERPRETER REQ'D __Marcia Resler_____
                                             LANGUAGE: _Spanish_____
Attorney for Defendant _Brenda Acosta Sandoval (AFPD)_

   DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

   DOA__                      ☐ Complaint Filed          ☐ Appointment of counsel hearing held
   ☐   Financial Afdvt taken  ☐ No Financial Afdvt taken ☐ Financial Afdvt sealed
   ☐   Initial Appearance

**DETENTION HEARING:**          ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for:   before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**               ☒ Held ☐ Cont'd ☐ Reset
Set for:  before:
☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd
☐ Consent of Defendant ☐ Information filed _____ ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court ☒ Plea of Guilty ☐ Not Guilty ☒ Entered to Counts _ONE_____
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s)_ONE___ of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends and/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) ____
☒      ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence   ☒ remanded to USM
SENTENCING:
☒ Defendant committed to Bureau of Prisons for a period of_time served_ ☐ Probation/Supervised Release for _____
☒ Special Assessment $_REMITTED_____ ☐ Fine $_____ ☐ Restitution $_____
Other:  __Oral stipulated sentence by counsel._____

                    RECORDED: ___CS___
                    BY:  Angela J. Tuohy, Deputy Clerk

UNITED STATES DISTRICT COURT                                        MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - Yuma

DATE: 4/10/08          CASE NUMBER:  08-15597M-001

USA vs.  Francisco Gutierrez-Zamorroni

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____ INTERPRETER  Ricardo Gonzalez _____
                                            LANGUAGE  Spanish _____
Attorney for Defendant  Brenda Acosta Sandoval (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY
DOA___                    ☐  Initial Appearance        ☐  Appointment of counsel hearing held
☐ Financial Afdvt taken   ☐  Defendant Sworn           ☐  Financial Afdvt sealed
☐ Rule 5(c)(3)            ☐  Defendant states true name to be ___. Further proceedings  ORDERED
                             in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒  Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐  Defendant ordered released _____<br>☐  Defendant continued detained pending trial<br>  ☐ Flight risk  ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐  Warrant of removal issued. |
| **PRELIMINARY HEARING:**  · | **STATUS HEARING:** re: Plea / Sentence |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐  Probable cause found   ☐ Dismissed<br>☐  Held to answer before District Court | ☐ Held ☐ Con't ☐ Reset<br><br>Set for:  4/15/08 at 1:00 pm<br>Before:  Magistrate Judge |

Other:  Defense moves for a continuance.  Government has no objection.  Court grants motion _____

Recorded by Courtsmart
BY:  Angela J. Tuohy
Deputy Clerk

**MAGISTRATE JUDGE'S MINUTES**

DATE: 4/7/08          CASE NUMBER: 08-15597M-001

USA vs. Francisco Gutierrez-Zamorroni

U.S. MAGISTRATE JUDGE: JAY R. IRWIN #: 70BK

A.U.S. Attorney _____  INTERPRETER Ricardo Gonzalez _____
                                           LANGUAGE Spanish _____
Attorney for Defendant Brenda Acosta Sandoval (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA 4/6/08                ☒  Initial Appearance          ☒  Appointment of counsel hearing held
☐ Financial Afdvt taken   ☐  Defendant Sworn             ☐  Financial Afdvt sealed
☐ Rule 5(c)(3)            ☐  Defendant states true name to be ___. Further proceedings ORDERED
                             in Defendant's true name.

| **DETENTION HEARING:** | **IDENTITY HEARING:** |
|---|---|
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk  ☐ Danger | ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: Plea / Sentence |
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found   ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held  ☐ Con't  ☐ Reset<br><br>Set for:    4/10/08 at 1:00 pm<br>Before:    Magistrate Judge |

Other: Defense moves for a continuance. Government has no objection. Court grants motion and sets status hearing.

Recorded by Courtsmart
BY: Angela J. Tuohy
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Francisco GUTIERREZ-Zamarroni
Citizen of Mexico
YOB: 1961
088764978
Illegal Alien

# CRIMINAL COMPLAINT

CASE NUMBER: *08 - 15597M-SD*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about April 5, 2008, near Andrade, California in the Southern District of California, Defendant Francisco GUTIERREZ-Zamarroni, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.      ☒ Yes   ☐ No

Signature of Complainant
**Cesar Duarte**
**Senior Patrol Agent**

Sworn to before me and subscribed in my presence,

April 7, 2008 ·                    at       Yuma, Arizona
Date                                         City and State

Jay R. Irwin,  U.S. Magistrate
Name & Title of Judicial Officer          Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:               Francisco GUTIERREZ-Zamarroni

Dependents:              2 Mexican

**IMMIGRATION HISTORY:**     The Defendant is an illegal alien.  The Defendant has been apprehended three times by the U.S. Border Patrol.

**CRIMINAL HISTORY:**

| DATE LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| 06/23/06  NORWALK, CA<br>SHERIFF OFFICE | CHARGE1-.<br>DUI/ALCOHOL/DRUGS | 10 DAYS JAIL.<br>36 MONTHS PROBATION |

Narrative:     The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing.  During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**The Defendant is being presented for prosecution proceedings under "Operation Streamline."  The Defendant entered the United States from Mexico through a designated "zero tolerance zone."**

The Defendant last entered the United States illegally without inspection near Andrade, California on April 5, 2008.

Charges:     8 USC§1325                      (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____April 7, 2008_____            _____
Date                                        Signature of Judicial Officer